**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lee Curtis ROBINSON, a.k.a. Fat,**
**Defendant–Appellant.**

**No. 05–10599**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 27, 2006.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Todd Hudson Seiden, Tampa, FL, for Defendant–Appellant.

Before DUBINA, CARNES and HULL, Circuit Judges.

PER CURIAM:

Todd Hudson Seiden, counsel for Lee Curtis Robinson, has moved to withdraw from further representation of Williams, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Robinson's conviction and sentence are **AFFIRMED**.